Case 2:22-cv-00003-ACE    ECF No. 13    filed 10/05/22    PageID.84    Page 1 of 1

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 05, 2022
SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES R. JONES and DAYNA JONES, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>DePUY ORTHOPAEDICS, INC., now known as, MEDICAL DEVICE BUSINESS SERVICES, INC., an Indiana Corporation,<br><br>Defendant. | No. 2:22-CV-00003-ACE<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE<br><br>ECF No. 12 |

**BEFORE THE COURT** is the parties' stipulated motion for dismissal with prejudice. ECF No. 12. The Court has reviewed the pending stipulation and is fully informed. Good cause appearing therefor, **IT IS HEREBY ORDERED:**

1. The parties' stipulated motion to dismiss this case with prejudice, **ECF No. 12**, is **GRANTED**.

2. Plaintiffs' complaint and any and all counterclaims and/or cross-claims are **DISMISSED WITH PREJUDICE**.

3. Each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE THE FILE**.

DATED October 5, 2022.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION TO DISMISS - 1